K. Randolph Moore, Esq. SBN 106933
Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone: (408) 271-6600
Facsimile: (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ART SOTO dba DD'S DISCOUNTS, )<br>SAVEMART SUPERMARKETS, INC., SMS )<br>PROPERTY COMPANY, )<br>)<br>Defendants. )<br>)<br>)<br>_____ ) | Case No.:   1:10-CV-00291-AWI-GSA<br><br>**STIPULATION FOR FILING OF AN AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that the defendant waives notice and service of the First Amended Complaint and shall not be required to answer the First Amended Complaint, and that all denials, responses and affirmative defenses contained in the answer filed by defendant to the original complaint shall be responsive to the First Amended Complaint.

IT IS SO STIPULATED.

Dated:  March \_\_\_, 2010          LANG, RICHERT & PATCH, P.C.

                                                    By:\_\_\_/s/Melody A. Hawkins\_
                                                    Melody A. Hawkins
                                                    Attorneys for Defendant SAVE MART SUPERMARKETS

Dated:  March 25, 2010                    MOORE LAW FIRM, PC

                                                    By:  /s/Tanya Levinson Moore
                                                    Tanya Levinson Moore
                                                    Attorney for Plaintiff Natividad Gutierrez

**ORDER**

The parties' stipulation is ADOPTED IN PART.  The Clerk of the Court is DIRECTED to file the First Amended Complaint attached to the instant stipulation.  With regard to that portion of the stipulation concerning Defendant's Answer, Defendant is DIRECTED to file a separate Answer to the First Amended Complaint for purposes of maintaining an accurate court docket.

**IT IS SO ORDERED.**

Dated:  March 29, 2010                    /s/ Gary S. Austin
                                                U.S. MAGISTRATE JUDGE GARY S. AUSTIN